ORDERED UNSEALED on 04/01/2025 s/ scotttwee

FILED
Oct 18 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

~~SEALED~~
s/ scotttweedle

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO DAVID BENGUIAT-JIMENEZ (1),<br>aka David Benguiat,<br>aka Rams,<br>RAUL BONILLA-ARIZA (2),<br>aka Raul Bonilla,<br>SALVADOR DIAZ-RODRIGUEZ (3),<br>aka Chava,<br>CHRISTIAN NOE AMADOR-VALENZUELA (4),<br>CHRISTOPHER ORTEGA-LOMELI (5),<br>aka Japón,<br>aka Shiva,<br>Defendants. | Case No. '22 CR2387 TWR<br>I N D I C T M E N T<br>Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(B)(i), and 1956(a)(2)(B)(i) - Conspiracy to Launder Monetary Instruments and Transmit Monetary Instruments for the Purpose of Laundering; Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |

The grand jury charges:

Beginning on a date unknown to the Grand Jury and continuing up to and including October 18, 2022, within the Southern District of California and elsewhere, defendants ALBERTO DAVID BENGUIAT-JIMENEZ, aka David Benguiat, aka Rams, RAUL BONILLA-ARIZA, aka Raul Bonilla, SALVADOR DIAZ-RODRIGUEZ, aka Chava, CHRISTIAN NOE AMADOR-VALENZUELA,

CHRISTOPHER ORTEGA-LOMELI, aka Japón, aka Shiva, and Israel Daniel Paez-Vargas, aka Tommy, charged elsewhere, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown to the Grand Jury,

a. knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, to conduct and attempt to conduct such financial transactions which in fact involves the proceeds of specified unlawful activity, that is the distribution of controlled substances, knowing that such transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to or through a place outside of the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is the distribution of controlled substances, in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

//

//

//

**FORFEITURE ALLEGATIONS**

1. The allegations contained above are realleged herein for purposes of seeking forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged above, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants ALBERTO DAVID BENGUIAT-JIMENEZ, aka David Benguiat, aka Rams, RAUL BONILLA-ARIZA, aka Raul Bonilla, SALVADOR DIAZ-RODRIGUEZ, aka Chava, CHRISTIAN NOE AMADOR-VALENZUELA, and CHRISTOPHER ORTEGA-LOMELI, aka Japón, aka Shiva, shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

//

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 982.

DATED: October 18, 2022.

[redacted]

RANDY S. GROSSMAN
United States Attorney

By: [signature]
VICTOR P. WHITE
Assistant U.S. Attorney